UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TISA JOHNSON<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADMIN RECOVERY, LLC<br><br>　　　　Defendants. | Civil Action No.: 2:14-CV-01421-HGB-KWR<br><br>STIPULATED DISMISSAL WITH<br>PREJUDICE AND ON THE MERITS |

## STIPULATED DISMISSAL WITH PREJUDICE AND ON THE MERITS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant, in the above-entitled action, that whereas neither the Plaintiff nor the Defendant are an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stated that the terms of this Stipulation involves a full settlement of any and all claims, counterclaims, cross-claims, and third party claims for good and mutual consideration exchanged among the parties. This Stipulation may be filed without further notice with the Clerk of the Court.

ADMIN RECOVERY, LLC

By: _____
　　John P. Touhey

*Attorney for Defendant*
45 Earhart Drive, Suite 102
Williamsville, NY 14221

DATED:　Sept. 4, 2014

OFNER, SCOTT & INZINA, APLC

By: _____
　　Anthony Blase Inzina

*Attorneys for Plaintiffs*
3850 N. Causeway Blvd., Suite 1130
Metairie, LA 70002

DATED:　Sept. 8, 2014